# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**RONDULA LANE**

    vs.                            **CASE NUMBER: 6:10-CV-647 (NAM/ATB)**

**CLAIRE PAPADIMITRIOUS; KEVIN BEACH, Chief of Rome Police Department; JEFFREY A. RACE, Detective; JAMES P. BOYER, Detective; ALBERT J. CICCONE, Patrolman; PATRICK J. MARTHAGE, Esq., First Assistant Public Defender; BARRY M. DONALTY, Acting Supreme Court Justice; and LAURIE LISI, Esq., Assistant District Attorney**

**Decision by Court.**   This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Andrew T. Baxter is ACCEPTED in its entirety, therefore the complaint is hereby DISMISSED.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue, dated the 14th day of July, 2010.

DATED: July 19, 2010

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk